UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CYNTHIA WHITCHER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 08-cv-634 JPG |
| | ) | |
| MERITAIN HEALTH, INC., and | ) | |
| PROTESTANT MEMORIAL | ) | |
| MEDICAL CENTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Cynthia Whitcher's claims against defendant Meritain Health Inc. for benefits under an employee welfare plan governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Cynthia Whitcher's claims against defendant Protestant Memorial Medical Center Inc. for benefits under an employee welfare plan governed by ERISA, 29 U.S.C. § 1001, *et seq.*, are dismissed without prejudice.

**DATED:  December 23, 2009**              **NANCY J. ROSENSTENGEL, Clerk of Court**


                                                              **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**